UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA N.A.,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS PROPERTY & CASUALTY COMPANY OF AMERICA; UGL SERVICES UNICCO OPERATIONS COMPANY, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  5:12-cv-00939-CJC(SPx)<br><br>[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

THE COURT, having read and considered the Parties' Stipulation Re Dismissal with prejudice, and good cause appearing therefor, ORDERS AS FOLLOWS:

This action, in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) is hereby **dismissed with prejudice, each party to bear its own costs.**

Dated: 9/17/12

_____
UNITED STATES DISTRICT COURT JUDGE

1

LA/1780838v1